JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Network Signatures, Inc., ) | SACV 11-00186 JVS (RNBx) |
| ) | |
| ) | ORDER OF DISMISSAL UPON |
| Plaintiff, ) | SETTLEMENT OF CASE |
| ) | |
| v. ) | |
| ) | |
| United Parcel Service General ) | |
| Services Co., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| _____ ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:      September 22, 2011

_____
James V. Selna
United States District Judge